

United States Courts
Southern District of Texas
FILED

NOV 06 2009

Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  § Case No. 94-43823
    Micro Innovation Corp  §
                                   §
        Debtor(s).  §

## Application for Payment of Unclaimed Funds and Certificate of Service

1.    I am making application to receive $ 186.99 , which was deposited as unclaimed funds on behalf of DISCOVER CARD SERVICES
(*name of original creditor/debtor*).

2.    Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

   ☐   a.   Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

   ☑   b.   Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

   ☐   c.   Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

   ☐   d.   Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

   ☐   e.   Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

   ☐   f.   None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:
_____
_____
_____

3.     I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: *Oct 29, 2009*

Applicant's Signature: *[signed]*
Applicant's Name: Ian Moore, President MooreTech Consulting Inc.
Address: 6175 Red Willow Drive
Ottawa, Ontario Canada K1C 7J7
Phone: ( 613 ) 590-0227

Subscribed and sworn before me this 29 day of *October, 2009*.

Notary Public
State of *Ontario, Canada*
My commission expires *N/A*

Attachments:
1. Claimant/Petitioner Affidavit
2. Corporate Certificates of Status
3. Power of Attorney
4. Claimant Authorization Letter

JEAN-NICHOLAS CRÉPIN
BARRISTER & SOLICITOR
SICOTTE GUILBAULT
2nd FL-4275 INNES ROAD
OTTAWA, ONTARIO
K1C 1T1

### Certificate of Service

I certify that on *Oct 29, 2009* (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____